AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT & ARREST WARRANT

I, Thomas Hall, upon oath, do depose and state:

1. I am a Special Agent of the U.S. Department of State's Diplomatic Security Service ("DSS"). I have been so employed for over a year. Prior to my employment as a Special Agent I served as a Police Officer for the Boston College Police Department and the Orlando Police Department. As a Special Agent, I have received specialized training in criminal investigations from the Federal Law Enforcement Training Center ("FLETC") and the Diplomatic Security Training Center ("DSTC"). I have conducted many criminal investigations involving passport fraud.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for Marcos Augusto Liriano, a/k/a Jose Angel Pacheco (henceforth referred to as "the Subject"). As described in this affidavit, there is probable cause to believe that the Subject knowingly and willfully made a false statement in a United States Passport application for the purpose of obtaining a United States Passport, in violation of Title 18, United States Code, Section 1542.

3. The information set forth in this affidavit is based on an investigation conducted by law enforcement officials, including myself. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause in support of a criminal complaint and arrest warrant for the Subject.

## Relevant Facts

4. On 6/22/2009, the Subject appeared at the United States Post Office in Worcester, Massachusetts and applied for a United States Passport. On his application, the Subject identified himself as Jose Angel Pacheco, date of birth XXXXX1961 and social security number XXXXXXX6248. The Subject stated on his application that he was born in Ponce, Puerto Rico to parents Jose Angel Pacheco and Elsa Sanchez. As proof of his citizenship, the Subject provided a Puerto Rican birth certificate. As proof of identity, the Subject provided a Massachusetts driver's license. The birth certificate indicated that it had been issued on

6/4/1992. The driver's license was issued on 9/10/2008. The Subject listed an address of XXXXX Worcester, Massachusetts. As his emergency contact, the Subject listed Casilda Marte of XXXXX Worcester, Massachusetts. The Subject described her as a friend. The Subject signed the application under the pains and penalties of perjury using the name Jose A. Pacheco.

5.   The Boston Passport Agency ("BPA") determined that the Subject's passport application contained several features indicative of fraud. Accordingly, on 7/1/2009, the BPA sent the Subject a letter and requested additional identification documents. BPA sent the letter to the address the Subject had listed on his application – XXXXX Worcester, Massachusetts. On 7/2/2009, the Subject contacted the National Passport Information Center and claimed that he did not understand the letter. He left a cell phone number. On 7/8/2009, the BPA sent a second letter requesting additional documentation in support of the subject's application. As of 10/28/2009, the subject still had not responded to BPA's letters. Accordingly, his passport application was denied and the case was referred to DSS in Boston for further investigation.

6.   On 11/24/2009 DSS Duty Agent David Adams received an anonymous call stating that Jose Pacheco of XXXXX Worcester, Massachusetts was an imposter and that his real name was Marcos Liriano.[1] The caller also stated that Pacheco was collecting unemployment benefits.

7.   On 12/11/2009, DSS submitted a request to the Department of Health, Investigations Division in Puerto Rico ("DHID") to establish the validity of the birth certificate submitted by the Subject in connection with his Passport application. On March 18, 2010, DHID verified that the information listed on the birth certificate (including the date and place of birth, the social security number and the parents' names) was correct. DHID also informed DSS that there was a death certificate on file for Jose Angel Pacheco, the individual identified on the birth certificate submitted by the Subject with his Passport application. According to the death certificate, Jose Angel Pacheco, date of birth XXXXX1961, social security number XXXXXXX6248, died as the result of a homicide on July 2, 2000 in Ponce, Puerto Rico.

---

[1]   The caller identified Pacheco's social security number as XXXXXXX6248 and his date of birth as XXXXX1981.

8. On 12/15/2009, DSS ran a Massachusetts Registry of Motor Vehicles ("RMV") query on the names Jose Angel Pacheco and Marcos Augusto Liriano.[2] According to the RMV, Pacheco has a Massachusetts driver's license. The address associated with that license is XXXXX Worcester, Massachusetts. The individual depicted in the RMV photo for that license matches the individual depicted in the photo submitted by the Subject with his Passport application.[3]

9. DSS also conducted criminal history checks for Jose Angel Pacheco and Marcos Augusto Liriano.[4] Pacheco's criminal history showed a recalled warrant in Massachusetts for failure to appear. No photo is associated with that record. Liriano's criminal history showed a 1989 New York state conviction for attempted sale of cocaine.

10. DSS also determined that Marcos Augusto Liriano had an Alien File. According to the Alien File, Liriano is a native and citizen of the Dominican Republic and an illegal alien. On 8/21/1996, Liriano was deported as an aggravated felon as a result of his New York state conviction for attempted sale of cocaine (described in paragraph 9 above). The photo of Liriano contained in his Alien File resembles the photo submitted by the Subject in support of his Passport application.

11. Currently, the Subject appears to reside at XXXXX Worcester. In or about March 2010, the postal carrier who delivers mail to XXXXX Worcester, Massachusetts reported that an individual with the last name "Pacheco" received mail at that address. On or about June 15,

---

[2] DSS also checked all forms of the names Jose Angel Pacheco and Marcos Augusto Liriano for driver records.

[3] The RMV showed no licenses issued to Marcos Augusto Liriano. However, a query of the New York Department of Motor Vehicles revealed an expired commercial class "D" license issued to Marcos A. Liriano.

[4] DSS also checked all forms of the names Jose Angel Pacheco and Marcos Augusto Liriano for criminal histories.

2010, DSS learned that no resident of XXXXX had since filed a change of address form or requested that their mail be forwarded to a different address. Also in or about March 2010, DSS agent observed a Land Rover bearing plate number SPV180 parked in front of the residence. An RMV check revealed that the Land Rover is registered to the Subject under the name Jose Pacheco.[5] An RMV CJIS check also revealed that a female with the last name "Liriano" resides at XXXXX. The female is believed to be the Subject's sister.[6]

## Conclusion

Based on the foregoing, I submit that there is probable cause to believe that on or about June 22, 2009, in the District of Massachusetts, the Defendant Marcos Augusto Liriano, using the alias Jose Angel Pacheco, knowingly and willfully made a false statement in a United States Passport application for the purpose of obtaining a United States Passport, in violation of Title 18, United States Code, Section 1542.

Wherefore, your affiant requests that this Court issue a criminal complaint and warrant to arrest Marcos Augusto Liriano, a/k/a Jose Angel Pacheco so that he may be dealt with according to law.

Thomas T Hall
Special Agent
Diplomatic Security Service
U.S. Department of State

---

[5] As described above, the Subject presented a Massachusetts driver's license in support of his Passport application. An RMV check of that license number revealed that a 1997 Land Rover bearing plate number SPV180 was registered to the Subject under the name Jose Pacheco.

[6] Further, an anonymous caller called the ICE Tip Line and stated that an individual named Marcos Liriano lived at XXXXX Worcester, Massachusetts. DSS became aware of this "tip" in or about March 2010.

Subscribed and sworn to before
me this 15th day of June, 2010
at Worcester, Massachusetts

_____
Timothy S. Hillman
United States Magistrate Judge